UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAROLE A. WALDOWSKI, and<br>LAWRENCE WALDOWSKI, | Case No. 1:07-cv-00961-RHB |
| Plaintiffs, | Hon. Robert Holmes Bell |
| v | |
| CHEVY CHASE BANK, F.S.B. | |
| Defendant. | |

| | |
|---|---|
| Julie A. Miller (P37856)<br>UAW-GM LEGAL SERVICES PLAN<br>Attorneys for Plaintiffs<br>4433 Byron Center Ave., SW<br>Grand Rapids, MI 49509<br>616-531-7722 | TROTT & TROTT, P.C.<br>By: Michelle K. Clark (P55841)<br>Attorneys for Chevy Chase Bank<br>31440 Northwestern Hwy.<br>Suite 200<br>Farmington Hills, MI 48334<br>248-594-5271 |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel, being in agreement; and the Court being otherwise fully advised:

**IT IS HEREBY ORDERED** that the above-referenced case is dismissed with prejudice and without costs to either party. It is understood that Plaintiffs will have until October 26, 2008 to redeem property commonly known as 8287 Ruston Road, Ellsworth, Michigan, from foreclosure.

**IT IS SO ORDERED.**

Dated: _____     _____
                               DISTRICT COURT JUDGE

Approved as to form and content:

_____     _____
Julie A. Miller               Michelle K. Clark

TROTT & TROTT, P.C.
31440 NORTHWESTERN HWY.
SUITE 200
FARMINGTON HILLS, MI 48334
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

1

# UNITED STATED DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| CAROLE A. WALDOWSKI, and LAWRENCE WALDOWSKI, | Case No. 1:07-cv-00961-RHB |
| Plaintiffs, | Hon. Robert Holmes Bell |
| v | |
| CHEVY CHASE BANK, F.S.B. | |
| Defendant. | |

| | |
|---|---|
| Julie A. Miller (P37856)<br>UAW-GM LEGAL SERVICES PLAN<br>Attorneys for Plaintiffs<br>4433 Byron Center Ave., SW<br>Grand Rapids, MI 49509<br>616-531-7722 | TROTT & TROTT, P.C.<br>By: Michelle K. Clark (P55841)<br>Attorneys for Chevy Chase Bank<br>31440 Northwestern Hwy.<br>Suite 200<br>Farmington Hills, MI 48334<br>248-594-5271 |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel, being in agreement; and the Court being otherwise fully advised:

IT IS HEREBY ORDERED that the above-referenced case is dismissed with prejudice and without costs to either party. *It is understood that Plaintiff will have 12 months to redeem the property from the date the foreclosure sale occurred.*

IT IS SO ORDERED.

TROTT & TROTT, P.C.
31440 NORTHWESTERN HWY
SUITE 200
FARMINGTON HILLS, MI 48334
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

Dated: _____          _____
                                DISTRICT COURT JUDGE

Approved as to form and content:

_____          _____
Julie A. Miller                  Michelle K. Clark
Attorney for Plaintiffs          Attorney for Defendant

1